tion that, for the purpose of such appeal, it will waive all objections to the judgment except those which raised that point.

HOWELL, Respondent, v. HAWKINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 13, 1896.) Action by Lucy C. Howell against William M. Hawkins, individually, etc., and others, including Martha Martin. No opinion. Judgment affirmed, with costs. All concur.

In re HUNT. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Proceeding to remove Frank H. Hunt, a justice of the peace of the town of Urbana, in the county of Steuben. No opinion. Order filed with the clerk with directions to cause the service of the same to be made.

HUTKOFF, Respondent, v. ELTING, Appellant. (City Court of New York, General Term. October 30, 1896.) Action by Nathan Hutkoff against Samuel Elting. P. Wilcox, for appellant. Leventritt & Nathan, for respondent.

SCHUCHMAN, J. This is an appeal from a judgment entered upon the verdict of a jury in favor of plaintiff, and from an order denying defendant's motion to set aside the verdict, and for a new trial. The complaint alleges a cause of action for $270 for goods sold and delivered by the plaintiff to the defendant. The answer denies each and every allegation of the complaint. On the trial the plaintiff proved that the goods were sold to the defendant, that credit was given to him, and that he directed the goods to be delivered to the firm of L. Elting & Son, Kingston, N. Y. The defendant, however, proved that the goods were sold and delivered to the firm of L. Elting & Son, in Kingston, N. Y.: that the defendant was not a partner of said firm; that he went along with his brother to the place of business when his brother bought said goods for said firm. The contention thus raised on the trial by the respective parties to this action was squarely and properly submitted to the jury; the trial judge instructing the jury: "The question is, to whom was the credit given, and who agreed to accept the liability?" The jury found in favor of the plaintiff. It is convincing that they gave credit to the testimony adduced by the plaintiff, and that testimony is insufficient to sustain the verdict. We cannot interfere therewith on this appeal. Judgment affirmed, with costs. VAN WYCK, J., concurs.

HUTKOFF, Appellant, v. GORMAN, Respondent. (City Court of New York, General Term. October 30, 1896.) Action by Nathan Hutkoff against Amelia Gorman, as executrix, James Collins, and Robert D. White, Jr. See 39 N. Y. Supp. 1126. H. Joseph, for appellant. D. Leventritt, for respondent.

PER CURIAM. The order appealed from must be affirmed, with costs. The entire record and proceedings herein show that all the above persons named as defendants were actually defendants; that they appeared at the trial,

and each one tried the issues raised by their respective pleadings. Because of the result of such trial, a judgment was entered in favor of said defendants, and each of them, and therefore the costs taxed herein were properly allowed, and the judgment entered was right. Judgment affirmed, with costs. All concur.

HYLAND, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by George Hyland against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

ISEAR, Appellant, v. DAYNES et al., Respondents. (Supreme Court, Appellate Division, First Department. October 23, 1896.) Action by Sacharize Isear against William Daynes and others. A. Perry, for appellant. L. J. Langbein, for respondents. No opinion. Order affirmed, with 10 costs and disbursements. WILLIAMS and O'BRIEN, JJ., dissenting. See 37 N. Y. Supp. 474, and 38 N. Y. Supp. 1145.

JONES, Respondent, v. ROCHESTER GAS & ELECTRIC CO., Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by W. Martin Jones against the Rochester Gas & Electric Company. No opinion. Motion denied, with $10 costs. All concur. See 39 N. Y. Supp. 1105, 1110.

KALLEY, Respondent, v. ZEIGLER, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Action by Frederick D. Kalley, executor, etc., of Julius Kalley, deceased, against William Zeigler. No opinion. Judgment and order affirmed, with costs. All concur.

KANE, Respondent, v. MIDDLETOWN–GOSHEN TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1896.) Action by George Kane against the Middletown-Goshen Traction Company. No opinion. Judgment and order affirmed, with costs. All concur.

KANE, Respondent, v. MIDDLETOWN–GOSHEN TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Action by George Kane against the Middletown-Goshen Traction Company. No opinion. Motion for leave to appeal to the court of appeals denied.

KAPFF, Respondent, v. GOTTSCHALK, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1896.) Action by Sixt Carl Kapff against Julius Gottschalk. No opinion. Judgment and order affirmed, with costs. All concur.

KAUFFMAN, Appellant, v. HUDSON RIVER BRIDGE CO., Respondent. (Supreme Court, Appellate Division, Third Department.